Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

_____ Division

| | |
|---|---|
| Jeronimo Gobellan Perez | Case No. _____ |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☐ Yes ☑ No |
| -v- | |
| Shipp Shape Services, LLC | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jeronimo Gobellan Perez |
| Street Address | 2850 Hwy 190 West #18 |
| City and County | Port Allen, West Baton Rouge Parish |
| State and Zip Code | Louisiana 70767 |
| Telephone Number | 225-442-2524 |
| E-mail Address | |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

Defendant No. 1
    Name      Shipp Shape Services, LLC
    Job or Title *(if known)*
    Street Address      15959 Belle Famille Avenue
    City and County      Baton Rouge, East Baton Rouge Parish
    State and Zip Code      Louisiana 70817
    Telephone Number      (225) 757-5833.
    E-mail Address *(if known)*

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

### C. Place of Employment

The address at which I am employed or was employed by the defendant(s) is

| | |
|---|---|
| Name | |
| Street Address | 1225 North 1st Avenue |
| City and County | Lakes Charles, Calcasieu Parish |
| State and Zip Code | Louisiana 70601 |
| Telephone Number | |

## II. Basis for Jurisdiction

This action is brought pursuant to *(check all that apply)*:

- [✓] Fair Labor Standards Act, as codified, 29 U.S.C. §§ 201 to 209.
- [ ] Relevant state law
- [ ] Relevant city or county law

## III. Statement of Claim

State as briefly as possible the facts of your case. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Nature of employer's business:
Demolition and metal cutting

B. Dates of employment:
Employee began work in August 2018 through July 2, 2019. He then returned to work from May 2020 through August 5 2020.

C. Employee's job title and a description of the kind of work done:
Demolition/Metal Cutter

Employee was engaged in manual labor including demolition and metal cutting

D. Rate, method, and frequency of wage payment:

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

Employee was paid a day rate of $200.00

E. Number of hours actually worked each week in which a violation is claimed:
Employee routinely worked 50 or more hours a week.

F. Description of the alleged violation(s) *(check all that apply)*:

☐ Failure to pay the minimum wage *(explain)*

☑ Failure to pay required overtime *(explain)*
Employee was paid a flat day rate without any overtime compensation.

☐ Other violation(s) *(explain)*

G. Date(s) of the alleged violation(s):
August 2018 through July 2, 2019
May 2020 through August 5, 2020

H. Additional facts:

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Employee seeks compensation for overtime worked during his 14 months of employment.
At a $200.00 day rate over 5 days a week he made on average $1000.00 per week.
At $1000.00 a week and 50 hours a week his hourly rate calculation would be $20.00 an hour.
At $20.00 an hour he is entitled to $10.00 an hour rate in overtime premium payment for overtime hours worked.
At 50 hours a week he is entitled to 10 hours of overtime for each week worked for the $10.00 per hour OT premium rate or 100.00 a week in overtime due per week.
At 60 weeks over 14 months he is entitled to $6,000.00 in overtime pay plus that same amount in liquidated damages or $12,000.00 plus attorney fees and costs.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff
Printed Name of Plaintiff

### B. For Attorneys

Date of signing: 10-13-20

Signature of Attorney
Printed Name of Attorney    JOSEPH S. MANNING
Bar Number    #35220

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

| | |
|---|---|
| Name of Law Firm | ROWE LAW FIRM |
| Street Address | 5157 BLUEBONNET BLVD, BATON ROUGE |
| State and Zip Code | LOUISIANA 70810 |
| Telephone Number | 225-293-8787 |
| E-mail Address | JMANNING@ROWELAW.NET |