**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**JERONIMO GOBELLAN PEREZ**                               **CIVIL ACTION**

**VERSUS**                                                 **NO. 20-685-JWD-RLB**

**SHIPP SHAPE SERVICES, LLC**

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on March 16, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　**RICHARD L. BOURGEOIS, JR.**
　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERONIMO GOBELLAN PEREZ** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-685-JWD-RLB** |
| **SHIPP SHAPE SERVICES, LLC** | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATON

This Report and Recommendation is issued *sua sponte*. This matter is before the court on plaintiff's Complaint (R. Doc. 1) against Shipp Shape Services, LLC, filed on October 14, 2020. On that same date, plaintiff filed an Application to Proceed in District Court Without Prepaying Fees or Costs (R. Doc. 2). On October 21, 2020, the Court granted plaintiff's request to proceed in forma pauperis and the Clerk of Court was directed to issue summons to the defendant. Plaintiff was advised that he is responsible for service and summons were issued by the Clerk of Court on October 21, 2020.

On October 26, 2020, the Court entered an Order (R. Doc. 5) setting a scheduling conference for December 17, 2020 with a status report due on December 3, 2020. A review of the record on December 7, 2020 indicated a status report had not been filed and the Court entered a Notice (R. Doc. 6) resetting the conference to February 4, 2021 and the status report deadline to January 21, 2021.

On January 28, 2021, an Order to Show Cause (R. Doc. 8) was entered into the record setting a show cause deadline of March 4, 2021. Plaintiff was required to show cause, in writing, why his claims should not be dismissed for failure to serve, or file proof of service into the record. A review of the record shows that counsel has made no attempts to respond to the Court's Orders nor has proof of service been filed into the record.

## **RECOMMENDATION**

It is the recommendation of the Magistrate Judge that the plaintiff's claims against defendant Shipp Shape Services, LLC, be dismissed, without prejudice, for failure to serve.

Signed in Baton Rouge, Louisiana, on March 16, 2021.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**