# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**JERONIMO GOBELLAN PEREZ**

**VERSUS**

**SHIPP SHAPE SERVICES, LLC**

**CIVIL ACTION**

**NO. 20-685-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc.10) dated March 16, 2021, to which no objection was filed,

**IT IS ORDERED** that the plaintiff's claims against defendant Shipp Shape Services, LLC, shall be dismissed, without prejudice, for failure to serve

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>March 31, 2021</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**